# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

NICOLE KOPAC and RANDALL DELAGARZA,

    Plaintiffs,

v.

FELDMAN REAL ESTATE INC. and HARTRIDGE LLC,

    Defendants.

Case No. 17-CV-1422-JPS

**ORDER**

On May 7, 2018, Plaintiffs and Defendant Hartridge LLC ("Hartridge") filed a joint stipulation of dismissal of Hartridge with prejudice and without costs assessed to either party. (Docket #19). The Court will adopt that stipulation. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii).

Accordingly,

**IT IS ORDERED** that the stipulation of dismissal (Docket #19) be and the same is hereby **ADOPTED**; Defendant Hartridge LLC be and the same is hereby **DISMISSED with prejudice** and without costs to any party.

Dated at Milwaukee, Wisconsin, this 8th day of May, 2018.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge