# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

NICOLE KOPAC and RANDALL DELAGARZA,

          Plaintiffs,

v.

FELDMAN REAL ESTATE INC.,

          Defendant.

Case No. 17-CV-1422-JPS

**ORDER**

On August 3, 2018, the parties filed a joint stipulation of dismissal of the sole remaining defendant, Feldman Real Estate Inc., with prejudice and without costs or fees assessed to either party. (Docket #26). The Court will adopt that stipulation and dismiss this action. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii).

Accordingly,

**IT IS ORDERED** that the parties' joint stipulation of dismissal (Docket #26) be and the same is hereby **ADOPTED**; this action be and the same is hereby **DISMISSED with prejudice** and without costs to any party.

Dated at Milwaukee, Wisconsin, this 6th day of August, 2018.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge